## DUKE *v.* DIRECTOR OF THE PATUXENT INSTITUTION

[App. No. 94, September Term, 1963.]

*Decided January 28, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

The application of George E. Duke for leave to appeal from the order denying him post conviction relief from his imprisonment for burglary is hereby denied for the reasons stated by Judge Harlan in the lower court. Insofar as the application states reasons for relief which were not raised below, such contentions cannot be considered in this proceeding.

*Application denied.*